IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 24-50282

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

RUBEN SERRANO GALAVIZ,
Defendant-Appellant.

## MOTION TO WITHDRAW

COMES NOW undersigned counsel, appointed to represent Defendant–Appellant Ruben Serrano Galaviz in the above-captioned appeal, and respectfully moves this Court for leave to withdraw as counsel of record.

As grounds for this motion, counsel states that good cause exists for withdrawal. The Court has issued its judgment affirming the conviction, and continued representation is no longer feasible in light of future claims of ineffective assistance of counsel. Counsel cannot provide further detail without risking disclosure of privileged attorney–client communications.

In compliance with this Court's rules and the Clerk's memorandum dated August 8, 2025, undersigned counsel hereby certifies that, on August 18, 2025:

1. Counsel notified Appellant of counsel's intent to withdraw;

2. Counsel advised Appellant of the time limits for filing a petition for panel rehearing or rehearing en banc under Fed. R. App. P. 40, as well as the deadline for seeking certiorari review before the United States Supreme Court; and

3. Counsel directly communicated this information to Appellant.

Additionally, Appellant requested the appointment of appellate counsel, to pursue rehearing and/or certiorari review.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion and permit withdrawal as attorney of record for Appellant Ruben Serrano Galaviz. Counsel also requests that the Court appoint an attorney to represent Appellant for further appellate action.

Respectfully submitted,

VALENZUELA LAW FIRM
701 Magoffin Avenue
El Paso, Texas 79901
Tel.: (915) 209-2719
Fax: (915) 493-2404

/s/ Felix Valenzuela
Email: felix@valenzuela-law.com
*Attorney for Defendant-Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that, on August 19, 2025, I electronically filed the Motion to Withdraw with the Clerk of Court using the CM/ECF system which will send notification of such filing to the U.S. Attorney for the Western District of Texas (Attn: Assistant U.S. Attorney Joseph H. Gay, Jr.), via electronic mail.

/s/ Felix Valenzuela  
*Attorney for Defendant-Appellant*

# CERTIFICATE OF COMPLIANCE

This Motion complies with the page limitation of Federal Rule of Appellate Procedure 27 because this Motion contains 434 words. This Motion complies with the typeface requirements of Federal Rule of Appellate Procedure 27 because this Motion has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman typeface with a 14 point font.

The undersigned understands that a material misrepresentation in completing this certificate, or circumvention of the type-volume limits in the Rules of the Fifth Circuit, may result in the Court's striking the brief and imposing sanctions against the undersigned counsel.

/s/ Felix Valenzuela
*Attorney for Defendant-Appellant*
